JS-6 / Enter

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE JESUS LAGUNA,<br><br>        Petitioner,<br><br>    v.<br><br>C. GIPSON, Warden,<br><br>        Respondent. | Case No. ED CV 12-0866 JFW (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 11, 2014

                                          HON. JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE